# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00063-CV

**In re Sanadco, Inc., and Mahmaud A. Isba**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relators Sanadco, Inc., and Mahmaud A. Isba have filed a petition for writ of mandamus and motion for temporary relief concerning a January 27, 2011, order of the district court. We deny both the motion for temporary relief and the petition for writ of mandamus.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   February 7, 2011